IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BILLIE CHILDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:16-CV-78-WKW |
| ) | |
| LIFE OF THE SOUTH ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

On April 18, 2016, the Magistrate Judge filed a Recommendation (Doc. # 15) to which Defendant Life of the South Insurance Company timely filed objections (Doc. # 16).  Plaintiff filed a Response to Defendant's objections. (Doc. # 17.) The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objections are made, *see* 28 U.S.C. § 636(b)(1).  The court concludes that the objections are without merit and that the Magistrate Judge's Recommendation is due to be adopted.

Accordingly, it is ORDERED that:

(1)     Defendant's Objections (Doc. # 16) are OVERRULED;

(2)     The Recommendation (Doc. # 15) is ADOPTED;

(3)     Plaintiff's Motion to Amend Complaint (Doc. # 8) is GRANTED;

(4)     Plaintiff is ORDERED to file the First Amended Complaint (Doc. # 8-1) by **June 24, 2016**;

(5)     Effective **June 25, 2016**, this case is REMANDED to the Circuit Court of Tallapoosa County, Alabama, for lack of subject matter jurisdiction; and

(6)     Because this court lacks subject matter jurisdiction, it declines to enter a decision on Defendant's Motion to Dismiss (Doc. # 3), which shall remain pending for adjudication by the state court.

The Clerk of the Court is DIRECTED to take the steps necessary to effectuate the remand.

DONE this 20th day of June, 2016.

                                            /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE